**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth Scott Nolan** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly Renee Nolan** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number _____
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally** <br><br> Description of property securing debt: **2017 Ford Truck F250 52,000 miles** <br> **Location: 866 Post Oak Road, Ringgold GA 30736** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ■ Yes |
| Creditor's name: **Chase Auto Finance** <br><br> Description of property securing debt: **2017 Ford Escape 10,000 miles Location: 866 Post Oak Road, Ringgold GA 30736** <br><br> **son's car and he pays for it** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ■ Yes |
| Creditor's name: **David Vaughn** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a | ☐ No <br><br> ■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

| Debtor 1 | **Kenneth Scott Nolan** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly Renee Nolan** | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| Description of property securing debt: | **personal loan secured by 2016 Husqvarna zero turn, Yamaha 2004 Golf Cart, GB Vacuum SYstem, Greenlee Tugger System, 30 assorted guns, Greenlee Hydraulic Knock Out Set,** | *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |
| Creditor's name: | **First Volunteer Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **866 Post Oak Road Ringgold, GA 30736  Catoosa County** | | |
| Creditor's name: | **First Volunteer Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **2006 Ford Van 160,000 miles Location: 866 Post Oak Road, Ringgold GA 30736** | | |
| Creditor's name: | **First Volunteer Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **2006 Chevy Truck 150,000 miles Location: 866 Post Oak Road, Ringgold GA 30736** | | |
| Creditor's name: | **GM Financial** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **2017 Chevy Truck 45,000 miles Location: 866 Post Oak Road, Ringgold GA 30736** | | |
| Creditor's name: | **GM Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **2017 GMC Yukon Denali 28,000 miles Location: 866 Post Oak Road, Ringgold GA 30736** | | |
| Creditor's name: | **La Z Boy Furniture/ Synchroncy Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a | ☐ No<br>■ Yes |

| Debtor 1 | **Kenneth Scott Nolan** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly Renee Nolan** | Case number (*if known*) | |

| Description of property securing debt: | **chair recliner** | *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |
|---|---|---|---|

| Creditor's name: | **One Main Financial** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2007 Ford Van 150,000 miles Location: 866 Post Oak Road, Ringgold GA 30736** | | |

| Creditor's name: | **Systems & Services Technologies, Inc.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **866 Post Oak Road Ringgold, GA 30736  Catoosa County** | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

| | | |
|---|---|---|
| Debtor 1 | **Kenneth Scott Nolan** | |
| Debtor 2 | **Kimberly Renee Nolan** | Case number *(if known)* |

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Kenneth Scott Nolan**              X **/s/ Kimberly Renee Nolan**
**Kenneth Scott Nolan**                       **Kimberly Renee Nolan**
Signature of Debtor 1                         Signature of Debtor 2

Date    **November 5, 2019**                 Date    **November 5, 2019**